## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL O. DeVAUGHN,<br><br>    Plaintiff,<br><br>v.<br><br>NORTH KERN STATE PRISON, et al.,<br><br>    Defendants.<br>_____ / | CASE NO. 1:12-cv-00385-LJO-GBC (PC)<br><br>ORDER DENYING MOTION FOR SERVICE OF COMPLAINT<br><br>Doc. 7<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION TO AMEND COMPLAINT<br><br>Doc. 8 |

On March 14, 2012, Plaintiff Michael O. DeVaughn ("Plaintiff") a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. On July 26, 2012, Plaintiff filed a motion to amend his complaint in conjunction with filing his first amended complaint. Docs. 8, 9. The Court will disregard Plaintiff's motion, as he may amend once as a matter of right without leave of court. Fed. R. Civ. P. 15(a)(1). As for Plaintiff's motion to serve his complaint, in a separate order, the undersigned issued findings and recommendations, recommending that this action be dismissed for failure to state a claim and as barred by *Heck v. Humphrey*, 512 U.S. 477, 486 (1994). Thus, the Court declines to issue service on Plaintiff's complaint at this time.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for service of complaint is DENIED; and
2. Plaintiff's motion to amend complaint is DISREGARDED.

IT IS SO ORDERED.

Dated:   August 23, 2012

UNITED STATES MAGISTRATE JUDGE