1
2
3
4
5

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL O. DEVAUGHN, | )  1:12cv00385 LJO DLB PC<br>) |
| Plaintiff, | )  ORDER DENYING MOTION<br>)  TO PROCEED IN FORMA<br>)  PAUPERIS ON APPEAL AS MOOT |
| vs. | ) |
| NORTH KERN STATE PRISON, et al., | )  (Document 24)<br>) |
| Defendants. | )<br>) |

Plaintiff Michael O. DeVaughn ("Plaintiff"), a state prisoner proceeding pro se and informa pauperis, filed this action on March 14, 2012.  On February 27, 2013, Plaintiff filed a notice of appeal.  He filed a motion to proceed in forma pauperis on appeal on March 4, 2013.

Plaintiff was granted leave to proceed in forma pauperis in this action on March 16, 2012. Therefore, it is unnecessary for Plaintiff to file another motion seeking leave to proceed in forma pauperis.

Based on the foregoing, Plaintiff's motion for leave to proceed in forma pauperis, filed on March 4, 2013, is HEREBY DENIED AS MOOT.

1

IT IS SO ORDERED.

Dated:   __**March 6, 2013**__                          _____ /s/ *Dennis L. Beck*
                                                                    UNITED STATES MAGISTRATE JUDGE